UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>PEABODY ENERGY CORPORATION, et al.  )<br>  )<br>  Defendant.  ) | Case No. 4:20-cv-00317 |

Come now Husch Blackwell LLP and Michael Martinich-Sauter and hereby enter their appearance on behalf Defendant Peabody Energy Corporation in the above-styled matter.

Husch Blackwell, LLP

By: _/S/: Michael Martinich-Sauter_
Michael Martinich-Sauter, #66065MO
190 Carondelet Plaza, 6th Floor
St. Louis, Missouri 63105
Telephone: 314-480-1500
Facsimile: (314) 480-1505

ATTORNEYS FOR DEFENDANT
PEABODY ENERGY CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/Michael Martinich-Sauter
Michael Martinich-Sauter