# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiffs,<br><br>v.<br><br>**PEABODY ENERGY CORPORATION,**<br><br>and<br><br>**ARCH RESOURCES, INC.,**<br><br>Defendants. | Civil Action No. 4:20-cv-00317 |

## DEFENDANTS' MOTION TO COMPEL THIRD PARTY DISCOVERY

Defendants Peabody Energy Corporation ("Peabody") and Arch Resources, Inc. ("Arch") (collectively referred to as "Defendants"), pursuant to Rule 45 of the Federal Rules of Civil Procedure and Local Rule 3.04, move to compel discovery sought by subpoena from third party Western Coal Traffic League ("WCTL") and in support state unto this Court as follows:

1. Defendants have directed a document subpoena to WCTL.

2. WCTL has served Defendants with their written objections to the subpoena and, provided a privilege log (the "Privilege Log").

3. Defendants seek discovery from WCTL of communications between counsel for WCTL and employees of WCTL's member companies and/or former members regarding the proposed joint venture (the "JV").

4. Defendants file herewith and incorporate by reference their memorandum of law in support of their motion, and seek discovery of the documents identified in Exhibit 1.

1

WHEREFORE, Defendants pray this Court enter an order overruling the objections of WCTL to Defendants' document subpoena, instructing WCTL to produce all documents identified in Exhibit 1 for which the Court finds the privileges asserted do not apply or to which an exception to the privileges applies, or instructing WCTL to submit such documents to the Court for *in camera* review, and granting such further relief as may be just and proper.

Dated: June 22, 2020

Respectfully submitted,

*/s/ Corey W. Roush*

Corey W. Roush, #466337 (DC)
Gorav Jindal, #471059 (DC)
J. Matthew Schmitten, #742690 (GA)
Akin Gump Strauss Hauer & Feld LLP
2001 K. Street, N.W.
Washington, DC 20006
(202) 887-4000
croush@akingump.com
gjindal@akingump.com
mschmitten@akingump.com

Cristina Thrasher, #5109954(NY)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
(212) 872-1000
cthrasher@akingump.com

Edward D. Hassi, #1026776 (DC)
Leah S. Martin, #1029757 (DC)
Debevoise & Plimpton LLP 801
Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 383-8000
thassi@debevoise.com

lmartin@debevoise.com

Michael Schaper, #4033486 (NY)
J. Robert Abraham, #4935110 (NY)
Tristan M. Ellis, #5405444 (NY)
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
mschaper@debevoise.com
jrabraham@debevoise.com
tmellis@debevoise.com

Catherine L. Hanaway, #41208(MO)
Michael C. Martinich-Sauter, #66065(MO)
Husch Blackwell, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
catherine.hanaway@huschblackwell.com
michael.martinich-sauter@huschblackwell.com

*Counsel for Defendant Peabody Energy Corporation*

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 22nd day of June, 2020, the foregoing document was served by electronic correspondence on all counsel of record.

*/s/ Corey W. Roush*
_____

Corey W. Roush