# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                      Plaintiff,<br><br>             v.<br><br>PEABODY ENERGY CORPORATION<br>and<br>ARCH COAL, INC.,<br><br>                      Defendants. | Case No. 4:20-cv-00317-SEP |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THIRD PARTY DECLARATIONS OF WITNESSES THAT TESTIFIED LIVE

Defendants Peabody Energy Corporation ("Peabody") and Arch Resources, Inc., f/k/a Arch Coal, Inc. ("Arch"), respectfully submit this Motion *In Limine* to exclude from the evidentiary record in this proceeding the declarations offered by Plaintiff Federal Trade Commission ("FTC") of individuals who testified live at depositions. For the reasons set forth in the accompanying memorandum, Defendants request that the Court grant their motion to exclude the third party declarations of witnesses that testified live.

1

Dated: July 1, 2020                                  Respectfully submitted,

                                                                                          William C. Lavery

**BAKER BOTTS LLP**
Stephen Weissman #451063 (DC)
(stephen.weissman@bakerbotts.com)
Michael Perry #1047965 (DC)
(michael.perry@bakerbotts.com)
William Lavery #503292 (DC)
(william.lavery@bakerbotts.com)
Andrew George #988552 (DC)
(andrew.george@bakerbotts.com)
Matthew Adler #1022438 (DC)
(matthew.adler@bakerbotts.com)
Elisa Beneze #1048179 (DC)
(elisa.beneze@bakerbotts.com)
Jarad Daniels #1044253 (DC)
(jarad.daniels@bakerbotts.com)
Steven Pet #1617458 (DC)
(steven.pet@bakerbotts.com)
700 K St NW
Washington, DC 20001
Tel: (202) 639-7700

*Counsel to Defendant Arch Coal, Inc.*

| **DEBEVOISE & PLIMPTON LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| Edward D. Hassi, #1026776 (DC) | Goray Jindal, #471059 (DC) |
| (thassi@debevoise.com) | (gjindal@akingump.com) |
| Leah S. Martin, #1029757 (DC) | Corey W. Roush, #466337 (DC) |
| (lmartin@debevoise.com) | (croush@akingump.com) |
| 801 Pennsylvania Avenue, N.W. | J. Matthew Schmitten, #742690 (GA) |
| Washington, DC 20004 | (mschmitten@akingump.com) |
| Tel.: (202) 383-8000 | 2001 K Street, N.W. |
| Michael Schaper, #4033486 (NY) | Washington, DC 20006 |
| (mschaper@debevoise.com) | Tel.: (202) 887-4000 |
| J. Robert Abraham, #4935110 (NY) | |
| (jrabraham@debevoise.com) | |
| Tristan M. Ellis, #5405444 (NY) | Cristina Thrasher, #5109954 (NY) |
| (tmellis@debevoise.com) | (cthrasher@akingump.com) |
| 919 Third Avenue | One Bryant Park |
| New York, NY 10022 | Bank of America Tower |
| Tel.: (212) 909-6000 | |

| | |
|---|---|
| **HUSCH BLACKWELL LLP** | New York, NY 10036 |
| Catherine L. Hanaway | Tel.: (212) 872-1000 |
| (catherine.hanaway@huschblackwell.com) | |
| Michael C. Martinich-Sauter | |
| (Michael.martinich-sauter@huschblackwell.com) | |
| 190 Carondelet Plaza, Suite 600 | |
| St. Louis, MO 63105 | |
| Tel.: (314) 480-1500 | |

*Counsel to Defendant Peabody Energy Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.

/s/ William C. Lavery