# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| Plaintiff, | |
| v. | |
| **PEABODY ENERGY CORPORATION,** | Civil Action No. 4:20-cv-00317 |
| and | |
| **ARCH COAL, INC.,** | |
| Defendants. | |

## DEFENDANTS' FINAL WITNESS LIST

Pursuant to the Case Management Order in this matter, Defendants Peabody Energy Corporation ("Peabody") and Arch Resources, Inc. ("Arch") (collectively, "Defendants") submit their final witness list, including the information specified in Paragraph 2 of the Order Relating to Hearing identifying the witnesses who will be called to testify and those who may be called. Defendants reserve the right to call any fact witness who appears on Plaintiff's fact witness lists and to call the custodian of records for any party or non-party from whom documents or records have been obtained to the extent necessary to demonstrate the authenticity or admissibility of documents, in the event a stipulation cannot be reached, in accordance with the Case Management Order and the Orders Relating to Hearing.

Defendants' final list of witnesses is as follows:

| Witness | Employer | Contact Information | Anticipated Topics of Testimony | Will/May Call |
|---|---|---|---|---|
| Paul Lang | Arch Resources | Stephen Weissman<br>Baker Botts LLP<br>700 K Street, NW<br>Washington, DC 20001<br>202.639.1313<br>stephen.weissman@bakerbotts.com | Rationale for the joint venture; production and sale of SPRB coal; competitive pressures facing SPRB coal producers, including competition from other fuel sources; efficiencies and other procompetitive benefits of the joint venture; efficiencies achieved from prior transactions. | Will Call |
| Roger Clark | Associated Electric Coop, Inc. | Christiaan Horton<br>Carnahan, Evans, Cantwell & Brown<br>2805 South Ingram Mill Road<br>Springfield, MO 65804 | Purchase and use of SPRB coal and other fuel sources; competitive dynamics of electricity markets, including competition from fuel sources other than SPRB coal; alternatives to purchasing SPRB coal; likely efficiencies from the joint venture. | Will call |
| Dave Hicks | DTE Energy | Brian Rafkin<br>Dechert LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>brian.rafkin@dechert.com | Purchase and use of SPRB coal and other fuel sources; competitive dynamics of electricity markets, including competition from fuel sources other than SPRB coal; alternatives to purchasing SPRB coal; likely efficiencies from the joint venture. | Will call live by remote video |
| Ryan Trushenski | Entergy Corp. | Jennifer Quinn-Barabanov<br>Steptoe & Johnson<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>JQuinnBarabanov@steptoe.com | Purchase and use of SPRB coal and other fuel sources; competitive dynamics of electricity markets, including competition from fuel sources other than SPRB coal; alternatives to purchasing SPRB coal; likely efficiencies from the joint venture. | Will call live by remote video |
| Harry Tipton | Navajo Transitional Energy Company | Erik Christiansen<br>Parson, Behle & Latimer<br>201 South Main Street<br>Salt Lake City, UT 84111<br>801.536.6719<br>EChristiansen@parsonsbehle.com | Production and sale of SPRB coal; competitive pressures facing SPRB coal, including competition from other fuel sources; competitive dynamics of wholesale electricity markets. | Will call live by remote video or present deposition testimony |

| Witness | Employer | Contact Information | Anticipated Topics of Testimony | Will/May Call |
|---|---|---|---|---|
| Gary Stuchal | Nebraska Public Power District | William Lamson<br>Lamson, Dugan & Murray<br>10306 Regency Parkway Drive<br>Omaha, NE 68102<br>wlamson@ldmlaw.com | Purchase and use of SPRB coal and other fuel sources; competitive dynamics of electricity markets, including competition from fuel sources other than SPRB coal; alternatives to purchasing SPRB coal; likely efficiencies from the joint venture. | Will call live by remote video |
| John Wagner | Northern Indiana Public Service Company | Vinu Joseph<br>McGuireWoods<br>77 W. Wacker Drive, #4100<br>Chicago, IL 60601<br>312.750.3511<br>vjoseph@mcguirewoods.com | Purchase and use of SPRB coal and other fuel sources; competitive dynamics of electricity markets, including competition from fuel sources other than SPRB coal; alternatives to purchasing SPRB coal; likely efficiencies from the joint venture. | Will call live by remote video |
| Darrell Wilson | OGE Energy Corp. | Jennifer Castillo<br>OG&E<br>P.O. Box 321<br>Oklahoma City, OK 73101<br>castiljm@oge.com | Purchase and use of SPRB coal and other fuel sources; competitive dynamics of electricity markets, including competition from fuel sources other than SPRB coal; alternatives to purchasing SPRB coal; likely efficiencies from the joint venture. | Will call live by remote video |
| Glenn Kellow | Peabody Energy Corporation | Ted Hassi<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Ave. NW<br>Washington DC 20004<br>202.383.8135<br>thassi@debevoise.com | Rationale for the joint venture; production and sale of SPRB coal; competitive pressures facing SPRB coal producers, including competition from other fuel sources; efficiencies and other procompetitive benefits of the joint venture. | Will call |
| Brock Haas | Peabody Energy Corporation | Ted Hassi<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Ave. NW<br>Washington DC 20004<br>202.383.8135<br>thassi@debevoise.com | Rationale for the joint venture; production and sale of SPRB coal; competitive pressures facing SPRB coal producers, including competition from other fuel sources; efficiencies and other procompetitive benefits of the joint venture. | Will call live by remote video |
| Bryan Galli | Peabody Energy Corporation | Ted Hassi<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Ave. NW<br>Washington DC 20004<br>202.383.8135<br>thassi@debevoise.com | Rationale for the joint venture; production and sale of SPRB coal; competitive pressures facing SPRB coal producers, including competition from other fuel sources; efficiencies and other procompetitive benefits of the joint venture. | Will call |

| Witness | Employer | Contact Information | Anticipated Topics of Testimony | Will/May Call |
|---|---|---|---|---|
| Brian Fuller | The Southern Company | Adam Di Vincenzo<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>202.887.3704<br>adivincenzo@gibsondunn.com | Purchase and use of SPRB coal and other fuel sources; competitive dynamics of electricity markets, including competition from fuel sources other than SPRB coal; alternatives to purchasing SPRB coal; likely efficiencies from the joint venture. | Will call |
| Dr. Mark Israel | Compass Lexecon | Ted Hassi<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Ave. NW<br>Washington DC 20004<br>202.383.8135<br>thassi@debevoise.com | Competitive effects of the joint venture; likely efficiencies from the joint venture; opinions of the FTC's expert witnesses; and the opinions disclosed in Dr. Israel's expert reports and deposition. | Will call |
| Dr. Elizabeth Bailey | NERA Economic Consulting | Stephen Weissman<br>Baker Botts LLP<br>700 K Street, NW<br>Washington, DC 20001<br>202.639.1313<br>stephen.weissman@bakerbotts.com | Competitive effects of the joint venture; opinions of the FTC's expert witnesses; and the opinions disclosed in Dr. Bailey's expert reports and deposition. | Will call |
| Julie M. Carey | NERA Economic Consulting | Ted Hassi<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Ave. NW<br>Washington DC 20004<br>202.383.8135<br>thassi@debevoise.com | Wholesale electricity markets; the electricity industry and the opportunities for non-coal generating units to operate instead of generating units fueled by SPRB coal; opinions of the FTC's expert witnesses; and the opinions disclosed in Professor Carey's expert reports and deposition. | Will call |

Dated: July 6, 2020

Respectfully Submitted,

 /s/ Michael Perry
Stephen Weissman (*pro hac vice*)
Michael Perry (*pro hac vice*)
William Lavery (*pro hac vice*)
Andrew George (*pro hac vice*)
Matthew Adler (*pro hac vice*)
Elisa Beneze (*pro hac vice*)
Jarad Daniels (*pro hac vice*)
Steven Pet (*pro hac vice*)
Baker Botts LLP
700 K St NW
Washington, DC 20001

Telephone: (202) 639-7700
Email: stephen.weissman@bakerbotts.com
Email: michael.perry@bakerbotts.com
Email: william.lavery@bakerbotts.com
Email: andrew.george@bakerbotts.com
Email: matthew.adler@bakerbotts.com
Email: elisa.beneze@bakerbotts.com
Email: jarad.daniels@bakerbotts.com
Email: steven.pet@bakerbotts.com

*Counsel for Defendant Arch Resources, Inc.*

Ted Hassi
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 383-8135
Email: thassi@debevoise.com

Gorav Jindal
Akin Gump Strauss Hauer & Feld LLP
20001 K St. NW
Washington, DC 20006
Tel: (202) 887-4234
Email:  gjindal@akingump.com

*Counsel for Defendant Peabody Energy Corporation*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 6th day of July 2020, I served the foregoing on the following counsel via electronic mail:

Daniel Matheson
Amy E. Dobrzynski
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2075
dmatheson@ftc.gov
adobrzynski@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

                                                /s/ Michael Perry
                                                     Michael Perry
                                              *Counsel for Defendant Arch Resources, Inc*