UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) ) |
| **PEABODY ENERGY CORPORATION** | ) ) ) |
| and | ) ) |
| **ARCH COAL, INC.,** | ) ) |
| **Defendants.** | ) |

Case No. 4:20-cv-00317-SEP

## ORDER RELATING TO REDACTIONS

Because of the volume of confidential information involved in this case, all entities whose representatives testified *in camera* shall propose specific redactions of the confidential portions of their representative's testimony.  The Court expects that those parties will be judicious in doing so, keeping in mind the profound public interest in access to court proceedings.  Blanket redactions of entire examinations, for example, will be returned for review and refinement.  The Court strongly encourages all parties to be careful about their redactions in the first instance.

Witnesses or their attorneys shall contact the party or parties who called them to request the transcript *of their testimony only* for redaction purposes.  Upon receipt of the transcript, the witness or their attorney shall:

1. File a Notice of Intent to Redact;

2. Highlight (not redact) those portions of the transcript requested to be redacted; and

3. File under seal the highlighted transcript on CM/ECF.

At the request of the parties, the Court has set a deadline of **Thursday, August 6, 2020**, for submission of proposed redactions. Once the Court has reviewed and incorporated all proposed redactions, a redacted version of the entire hearing transcript will be filed on the docket.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2020.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE