IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>    Plaintiff,<br><br>  vs.<br><br>**PEABODY ENERGY CORPORATION AND ARCH COAL, INC.**<br><br>    Defendants. | CASE NO.  4:20CV00317-SEP |

**OMAHA PUBLIC POWER DISTRICT'S
NOTICE OF INTENT TO REQUEST REDACTION**

COMES NOW Omaha Public Power District ("OPPD"), and, in accordance with the Court's Order Relating to Redactions (Filing 376), notice is hereby given that, by August 6, 2020, OPPD will submit under seal highlighted portions of the transcript of Mr. Gary Ruhl's July 15, 2020, *in camera* testimony contained in Volume 2B for redaction.

DATED this 29th day of July, 2020

OMAHA PUBLIC POWER DISTRICT,

BY:   /s/ *Brandon J. Crainer*
Stephen M. Bruckner, #17073
Brandon J. Crainer, #24891
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102-2663
(402) 341-6000
sbruckner@fraserstryker.com
bcrainer@fraserstryker.com
Attorneys for Omaha Public Power District

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 29th day of July, 2020, the foregoing document was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record

                                               /s/ *Brandon J. Crainer*

2400044 v1