# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>PEABODY ENERGY CORPORATION<br><br>and<br><br>ARCH COAL, INC.,<br><br>     Defendants. | CASE NO. 4:20-cv-00317-SEP |

## NON-PARTY THE SOUTHERN COMPANY'S
## NOTICE OF INTENT TO REQUEST REDACTION

Non-Party The Southern Company ("Southern"), in accordance with the Court's Order Related to Redactions (Dkt. 376), hereby gives notice that, by August 6, 2020, Southern will submit under seal highlighted portions of the transcript of Mr. Brian Fuller's July 22, 2020 *in camera* testimony for redaction (Dkt. 367, Volume 7B).

Dated:     August 5, 2020

                                                  GIBSON, DUNN & CRUTCHER LLP

                                                  By:  */s/ Christopher M. Wilson*
                                                        Christopher M. Wilson
                                                        Adam J. Di Vincenzo

                                                GIBSON, DUNN & CRUTCHER LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, DC 20036-5306
                                                Telephone:    (202) 955 8500
                                                Facsimile:    (202)467 0539

                                                *Counsel for Non-Party The Southern Company*