IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>                        Plaintiff,<br><br>              v.<br><br>**PEABODY ENERGY CORPORATION**<br><br>and<br><br>**ARCH RESOURCES, INC.**,<br><br>                        Defendants. | Civil Action No. 4:20-cv-00317-SEP |

**STIPULATION OF DISMISSAL**

Plaintiff Federal Trade Commission respectfully requests voluntary dismissal without prejudice of the claims asserted in this action against Defendants pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court has granted the relief sought in the complaint and Defendants have abandoned the proposed transaction. Defendants stipulate to dismissal without prejudice of these claims.

Dated: January 28, 2021

/s/ Daniel Matheson
Daniel Matheson
Federal Trade Commission
Bureau of Competition
400 Seventh Street SW
Washington, DC 20024
Telephone: (202) 326-2075
Facsimile:  (202) 326-2286
Email: dmatheson@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

/s/ Ted Hassi
Ted Hassi
Debevoise & Plimpton LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 383-8315
Email: thassi@debevoise.com

/s/ Gorav Jindal
Gorav Jindal
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4234
Email: gjindal@akingump.com

*Counsel for Defendant Peabody Energy Corporation*

/s/ Stephen Weissman
Stephen Weissman
Michael Perry
Baker Botts LLP
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-1313
Email: stephen.weissman@bakerbotts.com
Email: michael.perry@bakerbotts.com

*Counsel for Defendant Arch Coal, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 28th day of January, 2021, I served the foregoing on all counsel of record via the Court's CM/ECF system:

                          /s/ Daniel Matheson
                          Daniel Matheson
                          Attorney for Plaintiff Federal Trade Commission